UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COLOR COAT RESTORATION INC. and GEORGE GUTIERREZ,<br><br>　　　　　Defendants. | Case No.  1:22-cv-00345-DAD-BAK (SKO)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 7) |

　　　　On April 7, 2022, Plaintiff filed a notice of voluntary dismissal, notifying the Court of the dismissal of this action without prejudice. (Doc. 7.) Plaintiff filed this notice before any opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:  **April 8, 2022**　　　　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE